UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| RICHARD LERNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:14CV251-PPS |
| | ) | |
| CR ENGLAND, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties' joint Motion to Dismiss [DE 14] is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** and thereby **CLOSED**, the parties to bear their own costs and fees.

**ENTERED**: September 2, 2015

       s/ Philip P. Simon
CHIEF JUDGE
UNITED STATES DISTRICT COURT